UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

FILED

2026 APR 15 AM 8:35

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

COMPLAINT

3:26 cv-461

JURY DEMAND

Tatiana Williams,
_____

Plaintiff

v.

ASKGO e-bike storefront and GWEIT e-bike storefront,
_____

Defendants

COMPLAINT FOR FALSE ADVERTISEMENT

I. Jurisdiction and Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, specifically Lanham Act.

2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this claim occurred here.

II. Parties

3. Plaintiff: Tatiana Williams

4. Defendant: ASKGO E-bike, a corporation with its principal place of business in Wuxi City, Jiangsu Province.

5. Defendant: GWEIT E-bike also known as Shenzhen Lilei Electric Technology Co., Ltd., a corporation with its principal place of business in Shenzhen City, Guangdong Province.

III. Statement of Facts

6. On or about March 6, 2026, Plaintiff was mislead in a purchase of an electric bike.

7. Plaintiff wanted a product able to go 45-65 miles in range with a single charge.

8. Plaintiff received a product manufactured by Defendant ASKGO e-bike and sold by Defendant GWEIT e-bike, the product purchased did not go anywhere near the advertised 65 mile distance even with pedal assist. The product went around or about 14-15 miles then the battery died.

9. Plaintiff planned to utilize the product to handle business matters and the false advertisement put Plaintiff's schedule behind, required Plaintiff's attention to figure out accommodations/ distracting Plaintiff on other matters, missing deadlines, and put Plaintiff's professional reputation at risk.

10. The bike also began to break, pedals stopped working while Plaintiff was utilizing the bike leading to Plaintiff not believing the product was safe to be sold.

12. Defendants released a product that was unsafe to be sold; product with defects.

13. Plaintiff was put in costly circumstances due to this.

IV. Cause(s) of Action

Count I – False Advertisement (The Lanham Act; Title 15, Chapter 22)

14. Plaintiff incorporates all preceding paragraphs.

15. Plaintiff counted on the advertisement in purchase decision.

16. Plaintiff was sold an unsafe misleading advertised product.

17. Defendants contributed to actions that constitute a violation of the Lanham Act.

18. As a result, Plaintiff suffered loss of wages, emotional distress, extra expenses, and damage to Plaintiff's business reputation.

Count II – Product Liability Law (T.C.A. § 29-28)

19. Plaintiff incorporates all preceding paragraphs.

20. Plaintiff desired a safe means for transportation.

21. Defendants contributed to actions, provided a defective product that constitute a violation of the product liability law.

22. As a result, Plaintiff suffered loss of wages, emotional distress, physical fatigue, and damage to Plaintiff's business reputation.

V. Damages

Plaintiff seeks compensatory damages, treble damages, punitive damages as allowed by law all to be decided at , and any other relief the Court deems just and proper.

VI. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in Plaintiff's favor;

b. Award damages as stated above;

c. Grant injunctive relief if applicable;

d. Award costs and reasonable attorney's fees if applicable; and

e. Provide any further relief deemed appropriate.

Respectfully Submitted,

_____
Tatiana Williams, Plaintiff

Date   _____4/15/26_____

107 Trails Circle,
Nashville, TN 37214

(760)626-9719

Tatiana.will22@gmail.com

Pro Se Plaintiff

Verification

I, Tatiana Williams, declare as follows:

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true.

Executed on this 14th day of April, 2026

_____
Tatiana Williams, Plaintiff